## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

HOWARD COHAN,

    Plaintiff,

v.                                                                Case No:   6:22-cv-244-RBD-DCI

AD1 URBAN PALM BAY, LLC,
a Foreign Limited Liability
Company, d/b/a HOME 2 SUITES
BY HILTON PALM BAY I95; AD1
URBAN PALM BAY PLACE, LLC, a
Foreign Limited Liability Company,
d/b/a HYATT PLACE
MELBOURNE/PALM BAY,

    Defendant.

## ORDER OF DISMISSAL

This cause is before the Court upon the Plaintiff's Notice of Settlement (Doc. 8), indicating that this case has settled.  Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown,

to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 16, 2022.

ROY B. DALTON JR.
United States District Judge